IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-2548-MSK

In Re:

PATRICK JOSEPH SULLIVAN and
CANDICE MARIE SULLIVAN,

       Debtors.

PATRICK JOSEPH SULLIVAN and
CANDICE MARIE SULLIVAN,

       Plaintiffs/Appellants,

v.

WELLS FARGO BANK, N.A.,

       Defendant/Appellee.

## ORDER SETTING ORAL ARGUMENT

THIS MATTER comes before the Court following review of the file, record and briefs submitted,

**IT IS THEREFORE ORDERED** that an oral argument hearing will be held on **August 2, 2007,** at **8:30 a.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

Dated this 16th day of May, 2007

                            **BY THE COURT:**

*/s/ Marcia S. Krieger*

                            Marcia S. Krieger
                            United States District Judge